32

In the Matter of JEROME J. COIN (Admitted as JOSEPH COHEN), an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, November 21, 1968.

*John G. Bonomi* of counsel (*Arthur J. Cooperman* with him on the brief), for petitioner.

*Henry K. Chapman* for respondent.

*Per Curiam.* On October 25, 1967 the respondent was convicted, after trial, of conspiracy to defraud the United States Immigration and Naturalization Service, in that he arranged sham marriages for the purpose of having the parties avoid immigration restrictions. The respondent, in effect, was sentenced to one year, the execution of which was suspended and he was fined $30,000, which was paid.

It is on the basis of that conviction, that this charge was brought. The Referee sustained the charge and we confirm such finding, and hold that respondent is guilty of professional misconduct.

Conviction of the above-mentioned Federal crime is a serious offense, involving fraudulent conduct. The respondent, therefore, should be disbarred.

STEVENS, J. P., EAGER, CAPOZZOLI, McGIVERN and RABIN, JJ., concur.

Respondent disbarred effective December 23, 1968.